S. J. E. BUILDING CORP., Respondent, v. MATT O. M. CONSTRUCTION CO., INC., Appellant, and Others, Defendants.— Order amending the findings of fact, conclusions of law and judgment reversed on the law, with ten dollars costs and disbursements, and motion denied, without prejudice to an application to vacate the judgment, and for a new hearing, if necessary, and for a new decision and judgment. The court was without power to amend the decision and judgment. (Herpe v. Herpe, 225 N. Y. 323, 327; Hydraulic Power Co. v. Pettebone-Cataract P. Co., 194 App. Div. 819; J. H. & S. Theatres, Inc., v. Fay, No. 1, 235 id. 820; Mastrobuono v. Lange, 241 id. 770.) Lazansky, P. J., Young, Hagarty and Davis, JJ., concur; Kapper, J., dissents and votes to affirm.

VICTOR SPEVACK, Respondent, v. BEDCRO REALTY CORPORATION and Others, Appellants, Impleaded with CHARLES HARTMAN and Another, Defendants. (Appeal No. 1.) — Order denying motion to dismiss the amended complaint and for judgment on the pleadings modified by providing for a dismissal of the first and third causes of action, and as so modified affirmed, without costs, for the reasons stated in Spevack v. Bedcro Realty Corporation, No. 2 (post, p. 834), decided herewith. Plaintiff may serve an amended complaint within ten days from the entry of the order herein. Lazansky, P. J., Kapper and Hagarty, JJ., concur; Young and Davis, JJ., dissent and vote to affirm.

VICTOR SPEVACK, Respondent, v. BEDCRO REALTY CORPORATION and Others, Defendants, Impleaded with CHARLES HARTMAN, Appellant. (Appeal No. 2.) — Order, in so far as appealed from, reversed on the law, with ten dollars costs and disbursements, and the motion to dismiss the first cause of action contained in the amended complaint granted, on the ground that it does not state facts sufficient to constitute a cause of action. (Graham v. Buffalo General Laundries Corp., 261 N. Y. 165; Hopkinson v. Lehigh Valley R. R. Co., 249 id. 296; Green v. General Cigar Co., Inc., 238 App. Div. 638; Finsilver v. Still, 240 id. 87.) Lazansky, P. J., Kapper and Hagarty, JJ., concur; Young and Davis, JJ., dissent and vote to affirm.

WESLEY A. STURDEVANT, Appellant, v. GRAHAM HOME FOR OLD LADIES, Respondent, and THE DIME SAVINGS BANK OF BROOKLYN, Defendant.— Order granting motion to vacate notice of examination before trial reversed on the law and the facts and motion denied, without costs; examination to proceed on five days' notice. Information as to the items concerning which the examination is sought is material and necessary to the plaintiff's case. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

TITLE GUARANTEE AND TRUST COMPANY, Appellant, v. AARON COHEN and Others, Defendants. F. DUDLEY WILSON, Receiver, Respondent.— Order authorizing the receiver to appoint an agent nunc pro tunc reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to a renewal of the application upon a showing of facts justifying the appointment of a superintendent or agent. In our opinion, this record is insufficient to justify the employment by the receiver of an agent and the court improperly exercised its discretion in this respect. Appeal from the order denying plaintiff's motion to resettle the foregoing order dismissed, without costs. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.